# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Tressa Sherrod, et. al. | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:14-cv-454 |
| | : | |
| v. | : | District Judge Walter H. Rice |
| | : | |
| | : | Magistrate Judge Michael J. Newman |
| | : | |
| Officer Sean Williams, et. al. | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' TRESSA SHERROD, ET AL
## NOTICE OF DEPOSITION OF SERGEANT DAVID DARKOW

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Plaintiffs will take the deposition of Sergeant David Darkow, in the within matter on Wednesday, January 6, 2016 at 9:30 am at the law office of Michael Wright, 130 W. 2nd Street, Suite 1600, Dayton, Ohio 45402.

Said deposition will be recorded stenographically and via videotape before an officer authorized by law and will continue day to day until completed.

Respectfully submitted,

/s/ *Dennis P. Mulvihill*

**Dennis P. Mulvihill (0063996)**
**WRIGHT & SCHULTE, LLC**
23240 Chagrin Blvd., Suite 620
Cleveland, OH 44122-5468
(216) 591-0133
(216) 591-0622 facsimile
dmulvihill@yourlegalhelp.com
*Counsel for Plaintiff, Tressa Sherrod, et al.*

*/s/ Shean Williams*

---

**Shean Williams (Ga# 764139)**
**The Cochran Firm Atlanta**
127 Peachtree Street, Suite 1400
Atlanta, Georgia 30303
Telephone: (404) 222-9922
Facsimile: (404) 222-0170
sdw@sistrunklaw.com
*Counsel for Plaintiffs*


*/s/ Michael L. Wright*

---

**Michael L. Wright (0067698)**
**Wright & Schulte, LLC**
130 W. 2nd Street, Suite 1600
Dayton, OH
(937) 435-7500
(937) 435-7511 facsimile
mwright@yourohiolegalhelp.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon Counsel for Defendant in the following manner:

| | |
|---|---|
| Patrick Kasson, Esq. | Kevin E. Hexstall |
| Reminger Co., LPA | Pro Hac Vice Counsel for Walmart Defendants |
| Capitol Square Building | Marshall Dennehey Warner Coleman & Goggin |
| 65 E. State Street, 4th Floor | 2000 Market Street, Suite 2300 |
| Columbus, OH 43215 | Philadelphia, PA 19103 |
| Telephone: (614) 228-1311 | Telephone: (215) 575-2642 |
| Facsimile: (614) 232-2410 | Facsimile: (215) 575-0856 |
| pkasson@reminger.com | kehexstall@mdwcg.com |
| | |
| Edward J. Dowd | Neil F. Freund (#0012183) |
| Surdyk, Dowd & Turner Co., LPA | Freund, Freeze & Arnold |
| 8163 Old Yankee St., Suite C | Fifth Third Center |
| Dayton, OH 45458 | 1 South Main Street, Suite 1800 |
| edowd@sdtlawyers.com | Dayton, OH 45402-2017 |
| Telephone: (937) 222-2333 | Telephone: (937) 222-2424 |
| Facsimile: (937) 222-1970 | Facsimile: (937) 222-5369 |
| | nfreund@ffalaw.com |

on the 17th day of November, 2015, via electronic mail delivery.

*/s/ Dennis P. Mulvihill*

Dennis P. Mulvihill (0063996)