UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TRESSA SHERROD, *et al.*,

    Plaintiffs,

vs.

SEAN C. WILLIAMS, *et al.*,

    Defendants.

Case No. 3:14-cv-454

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER

This 42 U.S.C. § 1983 civil rights case is presently before the Court on the issue of the limited stay of discovery with regard to the depositions of Defendants Williams and Darkow. The Court held a discovery status conference by telephone on August 2, 2016, during which attorneys Michael Wright, Dennis Mulvihill, Samuel Starks, Edward Dowd, Kelly Schroeder and Patrick Kasson participated and presented argument regarding the present stay. Further, Plaintiffs indicated the need for a new Calendar Order and a new trial date.

With regard to the stay of discovery -- which was set to expire on or about August 7, 2016, the Court hereby **ORDERS**, *nunc pro tunc*, that said stay shall continue until further order of the Court. The parties are **ORDERED** to meet and confer regarding a new discovery plan and Calendar Order. If necessary and agreeable, the parties shall file a joint motion with the Court seeking to amend the current Calendar Order in its entirety.

The undersigned acknowledges the significant interests of Plaintiffs and the public in moving this case to conclusion, as well as the potential prejudice that may occur to Plaintiffs

should the stay in this civil case continue over the next several months. Accordingly, in discussing the discovery plan, the parties are **ORDERED** to confer and, in good faith, discuss an agreeable date upon which the limited stay shall cease in the event the Department of Justice investigation continues without conclusion over the next several months. The parties shall also discuss the feasibility of limited depositions of Defendants Williams and Darkow in the meantime.

    **IT IS SO ORDERED.**


Date:   August 10, 2016                          *s/ Michael J. Newman*
                                                     Michael J. Newman
                                                     United States Magistrate Judge