UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TRESSA SHERROD, *et al.*,

    Plaintiffs,                             Case No. 3:14-cv-454

vs.

SEAN C. WILLIAMS, *et al.*,            District Judge Walter H. Rice
                                                     Magistrate Judge Michael J. Newman

    Defendants.

**ORDER**

       This 42 U.S.C. § 1983 civil rights case is presently before the Court on the issue of the limited stay of discovery with regard to the depositions of Defendants Williams and Darkow. The Court, acting *sua sponte,* **VACATES** its August 10, 2016 Order with respect to the stay of these two depositions; the Order, in all other respects, remains in full force and effect.

       At the request of Judge Rice, the stay is **CONTINUED FOR 45 DAYS** from the issuance of this Order, or until the Court orders to the contrary, whichever occurs first.

       The issue of the deposition stay is referred back to Judge Rice. All other discovery issues shall remain with the undersigned.

       **IT IS SO ORDERED.**

Date:  August 15, 2016                  *s/ Michael J. Newman*
                                                 Michael J. Newman
                                                 United States Magistrate Judge