IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TRESSA SHERROD, *et al.*,  :
    Plaintiffs,
    v.                           :     Case No. 3:14-cv-454
                                          JUDGE WALTER H. RICE
OFFICER SEAN WILLIAMS, *et al.*
    Defendants                  :

---

ENTRY OVERRULING AS MOOT DEFENDANTS WAL-MART STORES, INC. AND WAL-MART STORES EAST, L.P.'S MOTION FOR PROTECTIVE ORDER (DOC. #70) AND PLAINTIFFS TRESSA SHERROD, JOHN CRAWFORD, JR., JHC IV AND JC'S MOTION FOR SANCTIONS (DOC. #88); PLAINTIFFS AND WAL-MART SHALL COMPLY WITH THE SCHEDULE SET FORTH BELOW; COURT WILL ISSUE MODIFIED SCHEDULING ORDERS NO LATER THAN FEBRUARY 10, 2017

---

On February 1, 2017, counsel for Plaintiffs Tressa Sherrod, John Crawford, Jr., JHC IV and JC (collectively "Plaintiffs"), and Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores East L.P. ( collectively "Wal-Mart") appeared in person before the Court for a conference to clarify and attempt to resolve the discovery disputes between their respective clients. During the conference, Plaintiffs signaled their intent to withdraw their Motion for Sanctions against Wal-Mart, Doc. #88, and agreed to propound upon Wal-Mart modified Interrogatories, Requests for Production of Documents and Notice of Rule 30(b)(6) Deposition, rendering moot Wal-Mart's Motion for Protective Order

Regarding Plaintiffs' Rule 30(b)(6) Deposition Notice. Doc. #70. Accordingly, the Court overrules both motions, Doc. #70, 88, as moot.

Pursuant to the parties' agreement at the conference, the Court sets forth the following schedule:

1. Plaintiffs shall propound upon Wal-Mart modified Interrogatories and Requests for Production of Documents within fifteen days of receiving the transcript of the February 1, 2017, conference.

2. Wal-Mart shall submit to Plaintiffs responses to the modified Requests for Production of Documents and verified responses to all Interrogatories within forty-five days of receiving the modified discovery requests. This deadline shall not be extended absent Plaintiffs' consent.

3. Plaintiffs shall propound upon Wal-Mart a modified Notice of Rule 30(b)(6) Deposition within fifteen days of receiving Wal-Mart's responses.

The Court shall issue the modified scheduling orders discussed in its previous entries, Doc. #79, 86, no later than February 10, 2017.

Date: February 6, 2017

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE