IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tressa Sherrod, et. al. :

    Plaintiffs, : Case No.: 3:14-cv-454

-vs- : District Judge Walter H. Rice

Officer Sean Williams, et. al. : Magistrate Judge Michael J. Newman

    Defendants. :

## ENTRY GRANTING DEFENDANT WAL-MART'S MOTION FOR LEAVE TO FILE MOTION FOR PROTECTIVE ORDER AND EXHIBITS UNDER SEAL

Upon Motion, and for good cause shown, Wal-Mart's Motion for Leave to File Motion for Protective Order and Exhibits Under Seal is hereby **GRANTED**. Wal-Mart shall file its Motion for a Protective Order and the corresponding exhibits under seal.

**IT IS SO ORDERED.**

_____
Judge Rice / ~~Magistrate Judge Newman~~

Copies to all counsel of record.