IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TRESSA SHERROD, et al.,

    Plaintiffs,

v.

OFFICER SEAN WILLIAMS, et al.

    Defendants

Case No. 3:14-cv-454

JUDGE WALTER H. RICE

---

ENTRY SETTING TELEPHONIC CONFERENCE FOR PLAINTIFFS
TRESSA SHERROD, JOHN CRAWFORD, JR., JHC IV AND JC, AND
DEFENDANTS WAL-MART STORES, INC., AND WAL-MART STORES
EAST, L.P., ON JULY 7, 2017, AT 5:00 P.M.; WAL-MART SHALL
RESPOND TO OUTSTANDING INTERROGATORY AND REQUEST
FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PLAINTIFFS;
COURT SHALL RULE ON ANY UNRESOLVED DISPUTES OVER
PLAINTIFFS' DISCOVERY REQUESTS AND RULE 30(b)(6)
DEPOSITION NOTICE TO WAL-MART

---

On June 21, 2017, counsel for Plaintiffs Tressa Sherrod, John Crawford, Jr., JHC IV and JC (collectively "Plaintiffs"), and Defendants Wal-Mart Stores, Inc., and Wal-Mart Stores East L.P. (collectively "Wal-Mart"), appeared via telephone before the Court to clarify and attempt to resolve the discovery disputes between their respective clients regarding Plaintiffs' Revised Interrogatory No. 12, Revised Request for Production of Documents No. 2 and Wal-Mart's objections to Plaintiffs' Rule 30(b)(6). After consideration of the parties' statements and all relevant legal and equitable considerations, the Court orders the following:

1. A telephonic conference is set for July 7, 2017, at 5:00 p.m., to issue rulings on any outstanding discovery disputes between Plaintiffs and Wal-Mart.

2. Wal-Mart shall respond to Revised Interrogatory No. 12 and produce relevant, responsive and non-privileged documents in response to Revised Request for Document Production No. 2 as soon as a meaningful response is possible, and no later than Monday, July 3, 2017.

3. After Wal-Mart submits the above-mentioned discovery responses, counsel for Wal-Mart and Plaintiffs shall confer to determine whether there are any disputes over Wal-Mart's responses, and attempt to resolve those disputes.

4. Counsel for Wal-Mart and Plaintiffs shall also confer regarding Wal-Mart's objections to Plaintiffs' Revised Rule 30(b)(6) Deposition Notice to Wal-Mart, and attempt to resolve those objections.

5. At least twenty-four hours prior to the July 7, 2017, conference call, the parties shall submit a stipulation to the Court of issues upon which they need the Court to rule. Such issues may include but are not limited to:

    a. The sufficiency of Wal-Mart's responses to Revised Interrogatory No. 12 and Revised Request for Document Production No. 2;

    b. Whether Wal-Mart's responses to Plaintiffs' discovery requests renders moot Topics Four through Ten in Plaintiffs' Revised Rule 30(b)(6) Deposition Notice; and

c. Whether any unresolved disputes still exist between the parties regarding Wal-Mart's objections to Topics One, Two, Three and Eleven in Plaintiffs' Revised Rule 30(b)(6) Deposition Notice.[1]

Date: June 26, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs' initial Rule 30(b)(6) Notice to Wal-Mart contained sixteen topics; however, the Revised Notice contains only eleven topics.