IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TRESSA SHERROD, *et al.*,

       Plaintiffs,

    v.

OFFICER SEAN WILLIAMS, *et al.*,

       Defendants.

:

:

:

:

Case No. 3:14-cv-454

JUDGE WALTER H. RICE

---

DECISION AND ENTRY RESERVING RULING ON DEFENDANTS'
MOTION TO SEVER CLAIMS AND FOR SEPARATE TRIALS (DOC.
#117)

---

Defendants Officer Sean Williams, Sergeant David Darkow, Chief Dennis
Evers and the City of Beavercreek (the "Beavercreek Defendants") have filed a
Motion to Sever Claims and for Separate Trials, Doc. #117. Defendants Wal-Mart
Stroes East, L.P. and Wal-Mart Stores, Inc. (the "Wal-Mart Defendants"), have
joined in that motion. Doc. #123. Plaintiffs have filed a memorandum in
opposition, Doc. #124, and Defendants have filed a reply, Doc. #126.

It is the Court's intent to RESERVE RULING on the question of whether
Plaintiffs' claims against the Beavercreek Defendants should be severed and tried
separately from Plaintiffs' claims against the Wal-Mart Defendants, pending
resolution of any summary judgment motions that might be filed. A ruling on these
motions may moot Defendants' Motion to Sever Claims and for Separate Trials.

Date: April 11, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE