**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Tressa Sherrod, et. al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 3-14-cv-454 |
| | ) | |
| Officer Sean Williams, et. al, | ) | District Judge Walter H. Rice |
| | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF FILING DEPOSITIONS</u>

**COMES NOW**, the Plaintiffs by and through their counsel, and hereby file the following material in support of *Plaintiffs' Memorandum in Opposition to Defendant Wal-Mart's Motion for Summary Judgment*, as follows:

1. Deposition transcript of April Ritchie – 02/11/16

   *Exhibits 1, P7, P8*

2. Deposition transcript of Ronald Ritchie – 02/11/16

   *Exhibits P1 – 8; Def. 1-2*

3. Deposition transcript of Frank Garber – 05/16/16

   *Exhibits 5,7,8,9,10*

4. Deposition transcript of Richard Kesler – 05/16/16

   *Exhibits 7,8*

5. Deposition transcript of Corey Brooks – 05/17/16

   *Exhibits 1-7*

6. Deposition transcript of Michaela Menz - 05/17/16

    *Exhibits 1,5,11,12,13*

7. Deposition transcript of Jessica Thomas – 05/17/16

    *Exhibits 5,16*

8. Deposition transcript of Nancy Wills – 05/17/16

    *Exhibits 14,15*

9. Deposition transcript of Shannon Berry – 05/18/16

    *Exhibits 5,8,14,17*

10. Deposition transcript of Sean Espy – 05/18/16

    *Exhibits 1,6,18,19*

11. Deposition transcript of Robert Hollopeter – 05/18/16

12. Deposition transcript of Yalonda F. Weber – 07/19/16

    *Exhibits 2*

13. Deposition transcript of David Hornyak – 07/28/16

    *Exhibits 1,2,3*

14. Deposition transcript of Stephen Upham – 11/29/16

    *Exhibits 1 – 13*

15. Deposition transcript of David Darkow – 09/14/17

    *Exhibits 1A,2A,3,4,5A,5B,5C,6A,6B,7,17A,18,19,22A-D,23,24,25*

16. Deposition transcript of Shean Williams – 09/15/17

    *Exhibits 11,12,13,15A-L, 16A-J, 17A-B, 24,25*

17. Deposition transcript of Adam E. Randall – 06/22/18

    *Exhibits 1 – 11*

18. Deposition transcript of Alyssa D. Daylong – 06/22/18

    *Exhibits WM12, WM13, WM14*

19. Deposition transcript of Matt Isabell – 06/28/18

    *Exhibits 17 - 42*

20. Deposition transcript of Scott Gutche – 06/28/18

    *Exhibits 43 - 49*

21. Deposition transcript of Joseph Bonds - 06/28/18

    *Exhibits WM50-51*

22. Deposition transcript of Timothy Lynn Hart – 06/29/18

    *Exhibits 52 - 64*

23. Deposition transcript of Jeffery K. Baker – 08/10/18

    *Exhibits 50,52,65,66,67,68,69,70,71,72,73,74,75*

24. Deposition transcript of Sean Espy – 08/10/18

    *Exhibits 52,59,60,61,62,64,65,76,77,78,79,80,81,82,83*

25. Deposition transcript of Drew Tyler Sadler – 08/31/18

    *Exhibits 66,67*

26. Deposition transcript of Joseph Biddulph, III – 08/31/18

    *Exhibits 51,65*

27. Deposition transcript of Sherri Lynn Overton – 10/26/18

    *Exhibits 1,28,52*

28. Deposition transcript of Daniel John Rice – 10/26/18

    *Exhibits 1,52*

3

29.  Deposition transcript of Michael A. Hodge – 12/11/18

   *Exhibits 1 - 15*

30. Deposition transcript of Denise A. Wolford – 07/19/16

   *Exhibits 1-2*

31. Deposition transcript of Michael Tucker – 03/28/18

   *Exhibits A-L*

32. Deposition transcript of Gary White – 11/16/18

   *Exhibits A-D, 38,49A,96,110,116,117,119,120,123,*

   Respectfully submitted this 8<u>th</u>  day of January, 2019.

/s/Shean D. Williams
Shean D. Williams, Esq.
Georgia Bar No. 764139
Samuel L. Starks, Esq.
Georgia Bar No. 676515

**THE COCHRAN FIRM ATLANTA**
The Equitable Building, Suite 2600
100 Peachtree Street, NE
Atlanta, Georgia 30303
Tel:  404.222.9922
Fax:  404.222.0170

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Tressa Sherrod, et. al.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No.: 3-14-cv-454** |
| | ) | |
| **Officer Sean Williams et. al.** | ) | **District Judge Walter H. Rice** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have this day filed a copy of the foregoing **Notice of Filing Depositions** with the court via the CM/ECF System that will send notification of said filing to the following counsel of record:

Patrick Kasson, Esq.
Reminger Co., L.P.A.
200 Civic Center Drive, 8th Floor
Columbus, Ohio 43215
*Counsel for Defendants Wal-Mart Stores, Inc.*
*Wal-Mart Stores East, L.P., and Wal-Mart Store #2124*

Edward Dowd, Esq.
Surdyk Dowd & Turner Co. L.P.A.
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
*Attorney for Defendants Officer*
*Sean c. Williams,*
*Sgt. David M. Darkow, Chief Dennis Evers,*
*And the City of Beavercreek, Ohio*

5

Neil F. Freund, Esq.
Freund, Freeze & Arnold
Fifth Third Center
1 South Main Street, Suite 1800
Dayton, OH 45402-2017
*Attorneys for Defendants Officer*
*Sean C. Williams,*
*Sgt. David M. Darkow, Chief*
*Dennis Evers,*
*And the City of Beavercreek, Ohio*

Kevin E. Hexstall, Esq.
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103
*Pro Hac Vice Attorney for Defendants Wal-*
*Mart Stores, Inc., Wal -Mart Stores East, L.P.,*
*And Wal-Mart Store #2124*

Michael L. Wright, Esq.
Wright & Schulte, LLC
130 W. 2nd Street, Suite 1600
Dayton, OH 45402-1505
*Attorney for Plaintiffs*

Richard W. Schulte, Esq.
Wright & Schulte, LLC
812 East National Road
Vandalia, Ohio 45377
*Attorney for Plaintiffs*

Dennis P. Mulvihill, Esq.
Wright & Schulte, LLC
23240 Chagrin Blvd., Suite 620
Cleveland, OH 44122-5468
*Attorney for Plaintiffs*

This 8th day of January, 2019.

/s/Shean D. Williams
Shean D. Williams, Esq.
Georgia Bar No. 764139
Samuel L. Starks, Esq.
Georgia Bar No. 676515

6

**THE COCHRAN FIRM ATLANTA**
The Equitable Building, Suite 2600
100 Peachtree Street, NE
Atlanta, Georgia 30303
Tel:  404.222.9922
Fax:  404.222.0170