## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Tressa Sherrod, et. al. | : | |
| Plaintiffs, | : | Case No.: 3:14-cv-454 |
| -vs- | : | District Judge Walter H. Rice |
| Officer Sean Williams, et. al. | : | Magistrate Judge Michael J. Newman |
| Defendants. | : | |

---

## ENTRY GRANTING DEFENDANTS WAL-MART STORES, INC., WAL-MART STORES EAST, LP, AND WAL-MART STORE #2124'S MOTION FOR LEAVE TO FILE DEPOSITIONS UNDER SEAL

Upon Motion, and for good cause shown, Defendants, Wal-Mart Stores, Inc., Wal-Mart Stores East, L.P., and Wal-Mart Store #2124's Motion for leave to file portions of the deposition transcripts and exhibits of Sean Espy, Denise Wolford, Jessica Thomas, Sherri Overton, Corey Brooks, Michaela Menz, Gary White, Stephen Upham, and David Hornyak under seal is hereby **GRANTED.**

IT IS SO ORDERED.

_____
JUDGE WALTER H. RICE

Copies to all counsel of record.