# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Tressa Sherrod, et. al. ) | |
| ) | |
| Plaintiffs, ) | Case No.: 3-14-cv-454 |
| ) | |
| Officer Sean Williams, et. al, ) | District Judge Walter H. Rice |
| ) | |
| Defendants. ) | |

## ENTRY GRANTING PLAINTIFFS' REQUEST TO WITHDRAW PREVIOUSLY FILED DEPOSITIONS NOT UNDER SEAL

Upon Motion, and for good cause shown, Plaintiffs Motion for leave to withdraw the following depositions transcripts and exhibits that were previously filed by Plaintiffs but were not filed under seal: Frank Garber taken on 05/16/2016; Richard Kesler taken on 05/16/2016 and Corey Brooks taken on 05/17/2016, is hereby **GRANTED**.

Hereby Ordered this 14th day of January, 2019.

_____
JUDGE WALTER RICE