## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Tressa Sherrod, et. al. | : | |
| Plaintiffs, | : | Case No.: 3:14-cv-454 |
| -vs- | : | District Judge Walter H. Rice |
| Officer Sean Williams, et. al. | : | Magistrate Judge Michael J. Newman |
| Defendants. | : | |

## ENTRY GRANTING WAL-MART STORES EAST, L.P. AND WAL-MART STORES, INC'S ("WAL-MART") MOTION TO STRIKE DEPOSITIONS FILED BY PLAINTIFFS

Upon Motion, and for good cause shown, Defendants Wal-Mart Stores East, L.P. and Wal-Mart Stores, Inc.'s Motion to Strike filed Depositions of Frank Garber, Daniel Rice, Joseph Biddulph, Drew Sadler, Jeffery Baker, Timothy Hart, Scott Gutche, Matthew Isabell, Alyssa Daylong, Adam Randall, Shannon Berry, Michael Hodge, Nancy Wills, and Richard Kessler, which were filed by Plaintiffs is hereby **GRANTED**.

IT IS SO ORDERED.

_____
JUDGE WALTER H. RICE

Copies to all counsel of record.