# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **TRESSA SHERROD**, et al. | * | Case No. 3:14-cv-00454-WHR |
| Plaintiffs | * | Judge Rice |
| v. | * | **ORDER AND ENTRY OF** |
| | | **PARTIAL DISMISSAL WITHOUT** |
| **OFFICER SEAN WILLIAMS**, et al. | * | **PREJUDICE** |
| Defendants | * | |

\* \* \* \* \* \* \*

Considering the Plaintiffs' Motion for Partial Dismissal Without Prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims under Count Eight of the Complaint in the above-referenced matter [Doc. #1] claiming or seeking relief for alleged violations of the Fifth, Sixth, or Eighth Amendments to the United States Constitution are dismissed without prejudice. All remaining claims, allegations and causes of action of Count Eight of the Complaint, and the remainder of the Complaint, remain pending unless otherwise ordered.

Dated this 28th day of January, 2019.

Honorable Walter H. Rice
United States District Court Judge