IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tressa Sherrod, et. al.

    Plaintiffs,

-vs-

Officer Sean Williams, et. al.

    Defendants.

Case No.: 3:14-cv-454

District Judge Walter H. Rice

ENTRY GRANTING
MOTION FOR EXTENSION OF TIME

Upon Motion, and for good cause shown, Defendants Wal-Mart Stores, Inc., and Wal-Mart Stores East, L.P.'s Motion for Extension of Time for *Motion in Limine* #8 is hereby **GRANTED**. Defendants shall file the *Motion in Limine* #8 on or before **May 24, 2019**.

IT IS SO ORDERED.

_____
Judge Rice

Copies to all counsel of record.