IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tressa Sherrod, et. al.

    Plaintiffs,

-vs-

Officer Sean Williams, et. al.

    Defendants.

Case No.: 3:14-cv-454

District Judge Walter H. Rice

## ENTRY GRANTING
## MOTION FOR EXTENSION OF TIME

Upon Motion, and for good cause shown, Defendants Wal-Mart Stores, Inc., and Wal-Mart stores East, L.P.'s Motion for Extension of Time to file a Reply in Support of *Motion in Limine* #8 is hereby **GRANTED.** Defendants shall file the Reply in Support to *Motion in Limine* #8 on or before **July 5, 2019.**

**IT IS SO ORDERED.**

_____
Judge Rice

Copies to all counsel of record.