IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TRESSA SHERROD, et al., | : |
| Plaintiffs, | |
| v. | Case No. 3:14-cv-454 |
| OFFICER SEAN WILLIAMS, et al., | : JUDGE WALTER H. RICE |
| Defendants. | : |

---

ORDER ADMINISTRATIVELY PROCESSING CASE
PENDING INTERLOCUTORY APPEAL

---

Given the pending interlocutory appeal, the Clerk of Courts is directed to ADMINISTRATIVELY PROCESS the above-captioned case.

Date: March 19, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE