IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Tressa Sherrod, et al. ) | |
| ) | |
| Plaintiffs ) | Case No.: 3-14-cv-454 |
| ) | |
| v. ) | |
| ) | District Judge Walter H. Rice |
| ) | |
| Officer Sean Williams, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING DEFENDANT WAL-MART STORES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter is before the Court on Defendant Wal-Mart Stores, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion Opposing Wal-Mart's Request to Take A Second Deposition of Melvin Tucker. This Court hereby finds that this Motion is well-taken and should be **GRANTED**.

IT IS ORDERED that Defendants shall have an additional one (1) week, up to and including May 1, 2020, in order to file a response to Plaintiff's Motion.

Dated: 4/24/2020

/s/ Walter H. Rice (tp - per Judge Rice authorization after his review)
Hon. Walter H. Rice
United States District Judge
Southern District of Ohio

Respectfully Submitted by:

/s/ Patrick Kasson
Patrick Kasson (0055570) –Trial Counsel
Reminger Co., LPA
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215

T: (614) 228-1311; F: (614) 232-2410
pkasson@reminger.com