IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRESSA SHERROD, *et al.*, | : | |
| Plaintiffs, | | |
| v. | : | Case No. 3:14-cv-454 |
| OFFICER SEAN WILLIAMS, *et al.*, | | JUDGE WALTER H. RICE |
| Defendants. | : | |

DECISION AND ENTRY OVERRULING AS MOOT PLAINTIFFS'
MOTION OPPOSING WAL-MART'S REQUEST TO TAKE A SECOND
DEPOSITION OF MELVIN TUCKER (DOC. #302)

As discussed during the conference call held on May 8, 2020, the Court OVERRULES AS MOOT Plaintiffs' Motion Opposing Wal-Mart's Request to Take a Second Deposition of Melvin Tucker, Doc. #302. Based on Plaintiffs' representation that they will call Melvin Tucker as a witness in their case-in-chief, there is no need to take another deposition of Mr. Tucker.

Date: May 8, 2020

/s/ Walter H. Rice (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE