IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TRESSA SHERROD, *et al.*,

    Plaintiffs,

    v.

OFFICER SEAN WILLIAMS, *et al.*,

    Defendants.

:
:
:
:

Case No. 3:14-cv-454

JUDGE WALTER H. RICE

---

ORDER SETTING BRIEFING SCHEDULE

---

As discussed during the conference call held on May 8, 2020, Defendant Wal-Mart shall file a brief on the issue of apportionment vs. setoff of liability no later than June 5, 2020.  Plaintiffs' response brief shall be filed no later than June 22, 2020.

Date: June 4, 2020

*/s/ Walter H. Rice* (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE