## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

**TRESSA SHERROD,** et al.          \*          Case No. 3:14-cv-00454-WHR

      Plaintiff          \*          Judge Rice

v.          \*

**OFFICER SEAN WILLIAMS,** et al.          \*          **ORDER GRANTING PLAINTIFFS'**
                                                   **MOTION FOR EXTENSION OF TIME**
                                                   **TO FILE THEIR MOTION FOR**
      Defendants          \*          **RECONSIDERATION**

      \*          \*          \*          \*          \*          \*          \*

_____

Considering the Plaintiffs' Motion for Extension of Time to File Their Reconsideration,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that Plaintiffs are granted

up to and including Tuesday, October 13, 2020 to file their Motion for Reconsideration.

Dated this _____1st_____ day of October, 2020.

(tp - per Judge Rice authorization after his review)

Honorable Walter H. Rice
United States District Court Judge