IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TRESSA SHERROD, etc., et al.,

    Plaintiffs,

vs                                        Case No. 3:14cv454

WAL-MART STORES, et al.,

    Defendants.                    District Judge Walter H. Rice

---

## AMENDED PRELIMINARY PRETRIAL CONFERENCE ORDER

---

The captioned cause came on to be heard upon a further preliminary pretrial conference on January 28, 2021.

### PERTINENT SETTINGS

1. Cut-off date for all other pretrial motions, i.e., motions in limine, motions for a view, etc.:      <u>Tuesday, 5/25/2021</u>

2. Joint Final Pretrial Order by parties to be filed no later than:      <u>Tuesday, 6/1/2021</u>

3. Trial exhibits to be exchanged by:      <u>Friday, 6/4/2021</u>

4. Final Pretrial Conference to be held:

   In Chambers on:      -------

   By Telephone Conference Call on:      **<u>Tuesday, 6/8/2021 at 5:00 pm</u>**

5. Deadline for submitting proposed jury instructions, including verdict forms and interrogatories (with additional copy to be submitted to the Court in Word format to rice_chambers@ohsd.uscourts.gov), and original copies of depositions, with designations, that counsel intend to use at trial:      **<u>At least 10 days prior to trial</u>**

6. Deadline for submitting counter-designations:   **At least 10 days prior to trial**

7. Trial on the merits,

    before the Court, beginning:   _____-------_____

    to a jury, beginning:   _____6/21/2021_____

8. Law Clerk assigned to case:   Lisa Woodward

IT IS SO ORDERED.

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE