# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Tressa Sherrod, et. al. | ) |
| | ) |
| | ) Case No.:3-14-cv-454 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Officer Sean Williams, et. al, | ) District Judge Walter H. Rice |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Plaintiffs in the above referenced matter hereby appeal this action to the United States Court of Appeals for the Sixth Circuit from each and every part of the Rule 54(b) *Final Judgment* on Plaintiffs' wrongful death claim against Defendant Wal-Mart, issued on April 9, 2021, in the form of a Rule 54(b) Certification.  [Doc. No. 328].

This appeal is from each and every part of any Opinion and Order underlying the trial court's Rule 54(b) *Final Judgment*, including without limitation the trial court's Rule 54(b) Order entered on April 9, 2021 (*Decision and Entry Sustaining Plaintiffs' Alternative Motion Requesting a Rule54(b) Certification on the Wrongful Death Claim (Doc. #319); Directing Entry of Final Judgment on Plaintiffs' Wrongful Death Claim Against Wal-Mart*).  [Doc. No. 327].

This appeal includes the Opinion and Order entered on February 12, 2021, where the trial court overruled *Plaintiffs' Motion for Reconsideration of Court's Ruling Dismissing Plaintiffs' Wrongful Death Claim* [Doc. No. 326], and the trial court's Opinion and Order from January 28, 2019 - *Decision and Entry Sustaining in Part and Overruling in Part Defendant Wal-Mart's Motion for Summary Judgment (Doc. # 186)*.

Respectfully submitted this 5th day of May, 2021.

*/s/ Michael L. Wright*
**Michael L. Wright (0067698)**
**Wright & Schulte, LLC**
130 W. 2nd Street, Suite 1600
Dayton, OH
(937) 435-7500
(937) 435-7511 facsimile
mwright@yourohiolegalhelp.com
*Counsel for Plaintiffs*


*/s/ Dennis P. Mulvihill*
**Dennis P. Mulvihill (0063996)**
**WRIGHT & SCHULTE, LLC**
23240 Chagrin Blvd., Suite 620
Cleveland, OH 44122-5468
(216) 591-0133
(216) 591-0622 facsimile
dmulvihill@yourlegalhelp.com
*Counsel for Plaintiff, Tressa Sherrod, et al.*

          */s/ Shean Williams*
**Shean Williams (Ga# 764139)**
**The Cochran Firm Atlanta**
Admitted Pro Hac Vice
100 Peachtree St. N.W., Suite 2600
Atlanta, Georgia 30303
Telephone: (404) 222-9922
Facsimile: (404) 222-0170
sdw@sistrunklaw.com
*Counsel for Plaintiffs*

          */s/ Samuel Starks*
**Samuel L. Starks (Ga# 676515)**
**The Cochran Firm Atlanta**
Admitted Pro Hac Vice
100 Peachtree St. N.W., Suite 2600
Atlanta, Georgia 30303
Telephone: (404) 222-9922
Facsimile: (404) 222-0170 Atlanta, Georgia 30303
Telephone: (404) 222-9922
Facsimile: (404) 222-0170
sstarks@cochranfirmatl.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served upon Counsel for Defendant in the following manner:

| | |
|---|---|
| Patrick Kasson, Esq. | Kevin E. Hexstall |
| Reminger Co., LPA | Pro Hac Vice Counsel for Walmart Defendants |
| Capitol Square Building | Marshall Dennehey Warner Coleman & Goggin |
| 65 E. State Street, 4th Floor | 2000 Market Street, Suite 2300 |
| Columbus, OH 43215 | Philadelphia, PA 19103 |
| Telephone: (614) 228-1311 | Telephone: (215) 575-2642 |
| Facsimile: (614) 232-2410 | Facsimile: (215) 575-0856 |
| pkasson@reminger.com | kehexstall@mdwcg.com |

      On the 5th day of May, 2021, via electronic mail delivery.

          */s/ Michael L. Wright*
          Michael L. Wright (0067698)