IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Tressa Sherrod, et. al. | : | |
| Plaintiffs, | : | Case No.: 3:14-cv-454 |
| -vs- | : | |
| | | District Judge Walter H. Rice |
| Officer Sean Williams, et. al. | : | |
| Defendants. | : | |

## DISMISSAL ENTRY WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs Tressa Sherrod, John H. Crawford, Jr., JHC IV, and JC hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendants Wal-Mart Stores, Inc., Wal-Mart Stores East, L.P., and Wal-Mart Store #2124 and all remaining Defendants. Each party to bear their own costs.

SUBMITTED & APPROVED BY:

_____
Michael L. Wright (0067698)
**Wright & Schulte, LLC**
130 W. 2nd Street, Suite 1600
Dayton, OH
(937) 435-7500
(937) 435-7511 facsimile
mwright@yourohiolegalhelp.com

*Attorney for Plaintiffs*

/s/ Pat Kasson
Patrick Kasson, Esq. (0055570)
**REMINGER CO., L.P.A.**
200 Civic Center Drive, 8th Floor
Columbus, Ohio 43215
Phone: (614) 232-2491
Fax: (614) 232-2410
pkasson@reminger.com

*Attorney for Defendants Wal-Mart Stores, Inc., Wal-Mart Stores East, L.P., and Wal-Mart Store #2124*